IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LAWRENCE EDWARD MARTIN
ADC #106491                                                              PETITIONER

v.                    No. 4:22-cv-241-DPM

DEXTER PAYNE, Director,
Arkansas Department of Correction                                         RESPONDENT

## ORDER

On *de novo* review, the Court adopts the recommendation, *Doc. 5*, and overrules Martin's objections, *Doc. 7*. FED. R. CIV. P. 72(b)(3). Martin's petition is a successive one; he can't file it without permission from the United States Court of Appeals for the Eighth Circuit. His petition will be dismissed without prejudice. No certificate of appealability will issue. 28 U.S.C. § 2253(c)(1)–(2). All pending motions, *Doc. 1, 3, 4 & 6*, are denied as moot.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

13 April 2022