IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LAWRENCE EDWARD MARTIN
ADC #106491                                                                                     PETITIONER

v.                         No. 4:22-cv-241-DPM

DEXTER PAYNE, Director,
Arkansas Department of Correction                                              RESPONDENT

## JUDGMENT

Martin's petition is dismissed without prejudice.

*/s/ D.P. Marshall Jr.*

D.P. Marshall Jr.
United States District Judge

13 April 2022